

# Stacy M. Butterfield, CPA
## Clerk of Courts & Comptroller
## Polk County, Florida

# Polk Records Online

Accessibility Information

User: PUBLIC - IP (144.129.74.198)   **Home**   **Help**   **My Account**   **Log Out**

# Case Detail

**New Search**   **Back to Search Results**

**Case :** 2021CC002168000000
**Case Type :** DMGC - DAMAGES (CC)
**Section :** M0 SUSAN L BARBER
**Case Style :** GARCIA, HECTOR vs. DYNAMIC RECOVERY SOLUTIONS LLC
**Disposition :** Open

**Print Case Summary**

| Dockets | Parties | Hearings | Financial | Disposition |

● Available for viewing                    ⛔ Not available for viewing
▼ Available for viewing after manual review   ▲ Manual review pending or completed

**Click icon in 'View' column to access document**

| Date | Action | Pages | Sequence | View |
|---|---|---|---|---|
| 05/07/2021 | CIVIL COVER SHEET | 3 | 1 | ▲ |
| 05/07/2021 | COMPLAINT | 10 | 2 | ▲ |
| 05/07/2021 | PLAINTIFFS NOTICE OF SERVING INTERROGATORIES | 6 | 3 | ▲ |
| 05/07/2021 | PLAINTIFFS FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS | 5 | 4 | ▲ |
| 05/10/2021 | SUMMONS ISSUED BY CLERK/ DYNAMIC RECOVERY SOLUTIONS LLC | 2 | 5 | ▲ |
| 05/26/2021 | WAIVER OF SERVICE OF PROCESS DYNAMIC RECOVERY SOLUTIONS LLC | 1 | 6 | ▲ |

Terms of Use   Help & FAQ
To learn more about Polk Clerk of Courts and Comptroller please visit http://www.polkcountyclerk.net
or follow us on Facebook https://www.facebook.com/polkcountyclerk
PRO Release Version 1.2.3.2
© 2021 - Polk County, all rights reserved

https://pro.polkcountyclerk.net/PRO/PublicSearch/Details/zjFanPX6O33JdpIiWWFEmR7...   6/24/2021