**IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT**
**IN AND FOR POLK COUNTY, FLORIDA**

HECTOR GARCIA,

    *Plaintiff*,

vs.

    Case No.: 532021-CC-002168

DYNAMIC RECOVERY SOLUTIONS, LLC,

    *Defendant*.

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

On the 25th day of June, 2021, Defendant, Dynamic Recovery Solutions, LLC, filed its Notice of Removal, attached as "Exhibit A", in the Office of the Clerk of the United States District Court for the Middle District of Florida.

This the 25th day of June, 2021.

    Respectfully submitted,

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN: 0026555
Dale T. Golden, Esquire
FBN: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, FL 33619
Phone: 813-251-5500
Fax: 813-251-3675
Email: cmchale@gsgfirm.com
Email: dgolden@gsgfirm.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, do certify that I have served all counsel with a copy of **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL** by e-mail and first-class U.S. Mail.

PARTIES SERVED:

Thomas J. Patti
The Law Office of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Email: tom@jibraellaw.com
*Attorney for Plaintiff*

This the 25th day of June, 2021.

                                          /_____
                                          Charles McHale, Esq.
                                          *Counsel for Defendant DRS*
                                          **GOLDEN SCAZ GAGAIN, PLLC**