UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| HECTOR GARCIA,<br><br>*Plaintiff*,<br><br>vs.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>*Defendant*. | Civil Action No. 8:21-cv-01522-KKM-AEP<br><br>NOTICE OF REMOVAL |

### DEFENDANT DYNAMIC RECOVERY SOLUTIONS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant, Dynamic Recovery Solutions, LLC ("DRS"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby files this files this Unopposed Motion for Extension of Time to respond to Plaintiff's Complaint and states the following in support thereof:

1. Plaintiff filed his Complaint in a Florida state court.

2. On June 24, 2021, DRS removed the instant action to this federal court. *See,* Doc. 1 generally.

3. By operation of the Federal Rules, Defendant's responsive pleading deadline is now currently July 1, 2021.

4. The Parties are currently in settlement discussions and believe this matter can be resolved without further need for court intervention.

5. On June 29, 2021, Plaintiff's counsel consented, to an 14-day extension of time.

6. Accordingly, Defendant requests an extension of time up to and including July 15, 2021 to file a response to Plaintiff's Complaint.

### 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Defendant hereby advises the court that it has conferred with Plaintiff as to the relief requested herein, and has been advised that Plaintiff does NOT oppose the relief sought herein.

WHEREFORE, Defendant respectfully requests an Order from this Honorable Court GRANTING Defendant's Second Unopposed Motion for Extension of Time to respond to Plaintiff's Complaint and permitting Defendant to respond on or before July 15, 2021.

    /s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Direct: (813) 251-3632
Fax: (813) 251-3675
cmchale@gsgfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do certify that I have served all parties with a copy of the foregoing **NOTICE OF REMOVAL** by_____

PARTIES SERVED:

Thomas J. Patti
The Law Office of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Email: tom@jibraellaw.com
*Attorney for Plaintiff*

This the 25th day of June, 2021.

/
Charles McHale, Esq.
*Counsel for Defendant DRS*
**GOLDEN SCAZ GAGAIN, PLLC**